complainant in the cross-bill is estopped to dispute the right of the court to determine such question.

5. PARTITION, § 15*—*what is character of proceeds of sale in eminent domain proceedings.* Where, during the pendency of partition proceedings, the property sought to be partitioned is taken by condemnation proceedings, the money awarded stands in the place of the land.

---

**Ethel M. Cann and William A. Cann, Appellants, v. Leslie C. Hughes et al., Appellees.**

**Gen. No. 22,342.   (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. OSCAR E. HEARD, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed October 30, 1916.

### Statement of the Case.

Bill in chancery by Ethel M. Cann and William A. Cann, complainants, against Leslie C. Hughes *et al.*, defendants, in the Circuit Court of Cook county. From a decree dismissing the bill, complainants appeal. This is an appeal from the same decree as in *Cann v. Hughes* and *Hughes v. Glos,* Gen. No. 22,325, *ante,* p. 603. The rights and interests of parties here being the same as in that case, the decree appealed from is affirmed for the reasons given in the opinion in that case.

FRANK W. SWETT, for appellants.

JOHN R. O'CONNOR and ALBEN F. BATES, for appellees.

MR. JUSTICE HOLDOM delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.